# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:11CR122 |
| vs. | ) | ORDER |
| **VIOLETA HINOJOSA,** | ) | |
| Defendant. | ) | |

This matter comes before the court December 29, 2011 on defendant's Motion to Transfer Location of Pretrial Release [25]. The motion is granted.

The October 24, 2011 Order Setting Conditions of Release [20] is modified to read that the defendant shall not leave the Western District of Texas except to travel to the District of Nebraska for court proceedings.

**IT IS ORDERED:**

1. Defendant's motion to Transfer Location of Pretrial Release [25] is granted.

2. The Clerk is ordered to provide a copy of this order to Pretrial Services in the District of Nebraska to be forwarded to Pretrial Services in the Western District of Texas.

Dated this 30th day of December, 2011.

BY THE COURT:

s/ F.A. Gossett III
United States Magistrate Judge